AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA v. Loren Harty

**EXHIBIT AND WITNESS LIST**

Case Number: 04-mj-5

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cohen | William Connolly | Miriam Conrad |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | Digital | MB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 3/23 | | ✓ | Officer Lisa Rudnicki |
| | ✓ | 3/23 | A | | Criminal history |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages