UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>LOREN HARTY )<br>)<br>)<br>)<br>)<br>)<br>) | 04CR10120RGS<br>Case No.<br><br>Violation:<br>18 U.S.C. § 922(g)(1) –<br>Possession of a Firearm and<br>Ammunition by a Convicted<br>Felon |

### INDICTMENT

COUNT ONE:    18 U.S.C. § 922(g)(1) – Possession of a Firearm and Ammunition by a Convicted Felon

The Grand Jury charges that:

On or about January 20, 2004, in Boston, in the District of Massachusetts,

**LOREN HARTY,**

defendant herein, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Ruger, Model GP 100, .357 caliber revolver, bearing serial number 17063692, and four rounds of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
SETH P. BERMAN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, April 14, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk   12:12 pm