IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 04-10120-RGS |
| LOREN HARTY | ) | |

JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

1. The government has provided and made available discovery. There are no outstanding discovery issues.

2. Neither party anticipates providing additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. The defendant will be filing a motion to suppress evidence.

6. A schedule may be set for the filing of defendant's motion to suppress and the government's response.

7. It is uncertain at this time whether the case will be resolved prior to trial.

8. The parties hereby agree to the periods already excluded by order of this Court.

9. If required, the parties anticipate that trial should take not more than five days.

|  |  |
|---|---|
| Loren Harty<br>Defendant<br><br>By: _____<br>MIRIAM CONRAD, Esq.<br>Attorney for Defendant | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: _____<br>William H. Connolly<br>Assistant U.S. Attorney |