UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )         CRIMINAL NO.  04-10120−RGS
                            )
LOREN HARTY                 )

ASSENTED-TO MOTION TO ENLARGE TIME FOR
FILING MOTION TO SUPPRESS IDENTIFICATION

Defendant, Loren Harty, respectfully moves that this Court enlarge the time for him to

file his Motion to Suppress from October 15 until December 1.

As grounds for this motion, defendant states that his counsel has been occupied with a

number of matters requiring her immediate attention, including a case set for trial on October 25.

 Assistant U.S. Attorney William Connolly has stated that he assents to this motion.

Counsel agree that the time from October 15 until December 1 should be excluded under the

Speedy Trial Act.

                                LOREN HARTY
                                By his attorney,

                                /s/Miriam Conrad

                                Miriam Conrad
                                  B.B.O. # 550223
                                Federal Defender Office
                                408 Atlantic Ave., 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061___

October 15, 2004