UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10120−RGS |
| | ) | |
| LOREN HARTY | ) | |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE
AND TO FURTHER ENLARGE TIME FOR
<u>FILING MOTION TO SUPPRESS IDENTIFICATION</u>

Defendant, Loren Harty, respectfully moves that this Court continue the status conference scheduled for December 7 for approximately six weeks and enlarge the time for him to file his Motion to Suppress from December 1 until January 14.

As grounds for this motion, defendant states that his counsel has been occupied with a number of matters requiring her immediate attention, including a case set for trial on December 6. In addition, results of fingerprint examinations have not yet been received.

Assistant U.S. Attorney William Connolly has stated that he assents to this motion. Counsel agree that the time from December 1 until January 14 should be excluded under the Speedy Trial Act.

                                                                                       LOREN HARTY
                                                                                       By his attorney,

                                                                                       /s/Miriam Conrad

                                                                                      Miriam Conrad
                                                                                         B.B.O. # 550223
                                                                                     Federal Defender Office
                                                                                      408 Atlantic Ave., 3rd Floor
                                                                                      Boston, MA  02110
                                                                                      Tel: 617-223-8061___