UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
          Plaintiff

v.                                    Case Number:  CR 04-10120-RGS

LOREN E. HARTY
          Defendant

**ORDER OF REFERRAL**
January 19, 2005

STEARNS, DJ

    The above captioned case is referred to Magistrate Judge JUDITH G. DEIN upon the retirement of Magistrate Judge Lawrence P. Cohen. Any instruction entered on the original Order of Reference remains in effect.

By the Court,

/s/ Virginia A. Hurley
Deputy Clerk