UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10120-RGS

UNITED STATES OF AMERICA

v.

LOREN E. HARTY

**FURTHER ORDER ON EXCLUDABLE TIME**

April 29, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 29, 2005 through May 27, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior order of the court dated April 23, 2004, June 8, 2004, August 4, 2004, October 19, 2004, December 2, 2004, January 19, 2005, February 18, 2005, March 9, 2005 and this order, at the time of the Final Status Conference on May 27, 2005, there will be seventeen (17) days of non-excludable time under the Speedy Trial Act (May 21, 2004 through June 7, 2004), and fifty-three (53) days will remain under the Speedy Trial Act in which this case must be tried.

   / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge