UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  O4-10120-RGS |
| | ) | |
| LOREN HARTY | ) | |

## NOTICE OF WITHDRAWAL

     Undersigned counsel hereby moves to withdraw as counsel for Defendant, Loren Harty.

As grounds for this motion, counsel states that she will be assuming her new duties as Director of the Federal Defender Office.

                                          LOREN HARTY  
                                          By his attorney,

                                          /s/Miriam Conrad  
                                          Miriam Conrad  
                                               B.B.O. # 550223  
                                          Federal Defender Office  
                                          408 Atlantic Ave., 3rd Floor  
                                          Boston, MA  02110  
                                          Tel: 617-223-8061

May 16, 2005

_____

_____