UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-10120-RGS |
| ) | |
| LOREN HARTY ) | |

## NOTICE OF APPEARANCE

Assistant Federal Defender Timothy G. Watkins hereby files his appearance on behalf of Defendant, Loren Harty. The undersigned has been re-assigned this case by counsel for the Federal Defender Office, Miriam Conrad, Esq.

        LOREN HARTY
        By his attorney,


        /s/ Timothy G. Watkins
        Timothy G. Watkins
          B.B.O. # 567992
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061

May 16, 2005