UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10120-RGS |
| | ) | |
| LOREN HARTY | ) | |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE AND
ENLARGE TIME FOR FILING MOTION TO SUPPRESS IDENTIFICATION

Defendant, Loren Harty, respectfully moves that this Court continue the status conference, presently scheduled for May 27, 2005 at 10:00, to a date convenient to the Court but no earlier than June 10, 2005. Defendant further requests that the Court reset the deadline for filing his Motion to Suppress Identification to one day before the rescheduled status conference. As grounds for this motion, defendant through counsel states the following:

1. The Court appointed the Federal Defender Office to represent the defendant. The case was assigned to Miriam Conrad, Esq.

2. Attorney Conrad was recently appointed Federal Defender for the Districts of Massachusetts, New Hampshire and Rhode Island. Attorney Conrad's new position and associated administrative duties required that she reassign much of her existing caseload.

4. The instant matter was reassigned to undersigned counsel and counsel filed a Notice of Appearance on May 16, 2005.

5. Counsel requires a brief period of time to review the file and to reliably report the status of the case to the Court.

6. Review of the file thus far, as well as conversations with attorney Conrad, reveal that a Motion to Suppress Identifications has been contemplated from the earliest

     stages of the case.  The Court, at the last status conference, established May 26, 2005 (the day before the next status conference) as the date by which the Motion should be filed.  Although the Motion has not yet been filed, attorney Conrad has performed significant factual and legal research into the issue.  Undersigned counsel will require, however, a brief period of time to draft and file the Motion and will not be able to complete the Motion by May 26, 2005.

7. Counsel has a long-standing family commitment out of state on May 27, 2005.  Moreover, counsel will be attending a conference out of state during the week of May 31, 2005.

8. The government, by and through Assistant U.S. Attorney William Connolly, assents to this Motion.

9. Counsel agree that the time from May 27, 2005 through the date of the rescheduled status conference should be excluded under the Speedy Trial Act.

                                        LOREN HARTY
                                        By his attorney,

                                        /s/ Timothy G. Watkins
                                        Timothy G. Watkins
                                          B.B.O. # 567992
                                        Federal Defender Office
                                        408 Atlantic Ave., 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061