UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10120-RGS

UNITED STATES OF AMERICA

v.

LOREN E. HARTY

**FINAL STATUS REPORT**

June 14, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Tuesday, June 14,

2005, pursuant to the provisions of Local Rule 116.5(C).  Based on that conference,

this court enters the following report, in accordance with Local Rule 116.5(D):

1.    It appears at this time that a trial will be necessary.

2.    Discovery is completed at this time.

3.    There are no outstanding or anticipated discovery issues at this time.

4.    The defendant intends to file two motions to suppress.  The motions shall
      be filed by June 22, 2005.  The government's responses are due on July
      8, 2005.

5.    Based upon the prior orders of the court dated April 23, 2004, June 8,
      2004, August 4, 2004, October 19, 2004, December 2, 2004, January 19,
      2005, February 18, 2005, March 9, 2005, April 29, 2005, May 23, 2005
      and the order entered on this date, as of July 8, 2005 there will be
      seventeen (**17**) days of non-excludable time under the Speedy Trial Act
      (May 21, 2004 - June 7, 2004) and fifty-three (**53**) days will remain under
      the Speedy Trial Act in which this case must be tried. The court has, on
      this date, entered a Further Order on Excludable Time excluding the
      period through July 8, 2005, the date by which the government's

responses to the defendant's motions are to be filed.  The pendency of any motion shall result in further time being excluded under the Speedy Trial Act.

6.    It is estimated that if the case goes to trial, the trial will last approximately one week.

7.    The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.


_____/ s / Judith Gail Dein_____
Judith Gail Dein
United States Magistrate Judge