UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10120-RGS

UNITED STATES OF AMERICA

v.

LOREN E. HARTY

**FURTHER ORDER ON EXCLUDABLE TIME**

June 14, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 14, 2005 through July 8, 2005

that being the period between the Final Status Conference and the date by which the government is to respond to defendant's motions to suppress.

Based upon the prior order of the court dated April 23, 2004, June 8, 2004, August 4, 2004, October 19, 2004, December 2, 2004, January 19, 2005, February 18, 2005, March 9, 2005, April 29, 2005, May 23, 2005 and this order, as of July 8, 2005 there will be seventeen (**17**) days of non-excludable time under the Speedy Trial Act (May 21, 2004 through June 7, 2004), and fifty-three (**53**) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge