UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>LOREN HARTY    ) | CRIMINAL NO. 04-10120-RGS |

<u>MOTION TO EXTEND TIME FOR FILING<br>MOTIONS TO SUPPRESS IDENTIFICATION AND STATEMENTS</u>

Defendant, Loren Harty, respectfully moves that this Court extend the deadline by which he must file his motions to suppress identification and statements, previously set by the Magistrate Judge for June 22, 2005, to August 2, 2005.  As grounds for this motion, defendant through counsel states the following:

1. The Court appointed the Federal Defender Office to represent the defendant.  The case was originally assigned to Miriam Conrad, Esq.

2. The instant matter was reassigned to undersigned counsel after Ms. Conrad's appointment as Federal Defender and counsel filed a Notice of Appearance on May 16, 2005.

3. At the Final Status Conference before Magistrate Judge Dein, the parties asked that she set a briefing schedule for dispositive motions and return the file to the District Court.  Judge Dein set June 22, 2005 as the time by which defendant should file his Motion to Suppress Identifications and Motion to Suppress Statements.

4. This Court has not yet scheduled a date for the motion hearing or for a pretrial conference.

5. The Federal Defender Office has been shorthanded during the last few weeks as the office struggles to replace departed staff attorneys.  This has resulted in an unusually busy few weeks for the undersigned.

6. Counsel endeavored to file the motions to comply with Magistrate Dein's order.  The motions are substantially

     complete, but require further review. Counsel, however, is scheduled to leave on an annual family vacation on July 6, 2005 and does not believe the motions will be completed before his scheduled departure. Counsel will not be returning until July 22, 2005. Counsel will require a brief period of time to complete the motions.

7. Defendant therefore requests that the time to file the two motions be extended to August 2, 2005.

8. Counsel was unable to obtain assent to this motion from the government as the assigned Assistant U.S. Attorney was himself on leave.

9. The Magistrate Judge previously excluded the time through the expected filing of defendant's motions on June 22, 2005 from calculation under the Speedy Trial Act. Defendant agrees that the time from June 22, 2005 through August 2, 2005 should also be excluded.

                LOREN HARTY
                By his attorney,

                /s/ Timothy G. Watkins
                Timothy G. Watkins
                  B.B.O. # 567992
                Federal Defender Office
                408 Atlantic Ave., 3rd Floor
                Boston, MA  02110
                Tel: 617-223-8061