UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10120-RGS |
| | ) | |
| LOREN HARTY | ) | |

## NOTICE OF APPEARANCE

Assistant Federal Defender Stylianus Sinnis hereby files his appearance on behalf of Defendant, Loren Harty. The undersigned has been assigned to act as co-counsel with Timothy G. Watkins, Esq. of the Federal Defender Office.

LOREN HARTY
By his attorney,

Stylianus Sinnis
B.B.O. # 560148
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

September 12, 2005

I, Stylianus Sinnis, hereby certify that a true copy of the above document was served upon William H. Connolly, Esq. the attorney of record for the United States of America by delivery on September 12, 2005.

Stylianus Sinnis