UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )          CRIMINAL NO. 04-10120-  S
                              )
LOREN HARTY                   )

### ASSENTED-TO MOTION TO EXTEND TIME FOR FILING
### MOTIONS TO SUPPRESS IDENTIFICATION AND STATEMENTS

Defendant, Loren Harty, respectfully moves that this Cour

extend the deadline by which he must file his motions to suppr   ₃

identification and statements, previously set by the Magistrat·

Judge for September 19, 2005, to October 3, 2005. As grounds ∶  ∶

this motion, defendant through counsel states that he was

recently reassigned the instant matter upon his hiring by the

Federal Defender Office. Counsel is in the process of reviewir

the file and preparing the above motions but requires a brief

extension to adequately complete the motions.

Assistant U.S. Attorney William Connolly has stated that h

assents to this motion. Counsel agree that the time from

September 19, 2005 until October 3, 2005 should be excluded und

the Speedy Trial Act.

                              LOREN HARTY
                              By his attorney,


                              Stylianus Sinnis
                                B.B.O. # 560148
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061

September 15, 2005

I, Stylianus Sinnis, hereby certify that a true copy of th above document was served upon William H. Connolly, Esq. the attorney of record for the United States of America by delivery on September 15, 2005.

Stylianus Sinnis