UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL NO. 04-10120-RGS
                            )
LOREN HARTY                 )

AFFIDAVIT OF DEFENDANT IN
SUPPORT OF MOTION TO SUPPRESS

I, Loren Harty, do hereby depose and say as follows:

1.  I am the defendant in the above-referenced case.

2.  On January 20, 2004, I was standing at a bus stop on the corner of Blue Hill Avenue and Julian Street, across from a liquor store, when a Boston police cruiser pulled up in front of me. An officer got out, walked up to me, and said, "Loren Harty, put your hands up." I complied. He frisked me, found nothing, then grabbed me and placed me, uncuffed, in the back of a marked police cruiser.

3.  The officer took me to a building where he took me out of the cruiser. Two uniformed officers stood next to me, one on each side of me. They told me to look up at a dark window. There were no outside lights on. It was getting dark. I stood there for two minutes. Then the police put handcuffs on me, put me back in the cruiser, and took me to the police station.

4. arrest, I weighed about 154 pounds. I was wearing a black leather jacket.
5. On March 19, 2004, I was brought to Roxbury District Court from the Suffolk County House of Correction for an appearance on state charges arising from the January 20, 2003 arrest. I was represented by state public defender Rebecca Kratka at the time.
6. I was arrested by a male federal agent and female federal agent at the courthouse. They drove me to the federal courthouse.
7. While I was in the car, the female agent told me that I could help myself by cooperating, and asked me where I got the gun. She had not yet read me my rights, and I had not yet signed a <u>Miranda</u> waiver.
8. I told the agent that I took the gun from some kids I was fighting with. It was only after I made that statement that she informed me of my rights and I signed a <u>Miranda</u> form.
9. I was so upset about the federal charges that I was hyperventilating in the car.

The above is true to the best of my knowledge.

Signed under the penalties of perjury,

_____
Loren Harty

9-30-05
_____
Date