UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
            v.              )        CRIMINAL NO. 04-10120-RGS
                            )
LOREN HARTY                 )

<u>MOTION TO SUPPRESS STATEMENTS</u>

Defendant, Loren Harty, moves this Court to suppress statements made by him to agents of the Bureau of Alcohol, Tobacco, and Firearms on March 19, 2004.  The statement was made in response to custodial interrogation.  As demonstrated by the Affidavit of Loren Harty (attached hereto as Exhibit A), the statement made was not the subject of a knowing, intelligent, and voluntary waiver of defendant's rights under <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966).  Moreover, the statements made were obtained in violation of defendant's Sixth Amendment right to counsel. <u>See</u> <u>Massiah v. United States</u>, 377 U.S. 201 (1964).

Defendant's statements must be suppressed on the following grounds:

1.  Defendant did not knowingly, voluntarily, and intelligently waive his constitutional rights when making the statements.  <u>See</u> <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966).

2.  The statements were in response to questioning and not voluntarily made.  <u>See</u> <u>id.</u>

3.  The statements were obtained in the absence of counsel after the defendant had been appointed counsel.  <u>See</u> <u>Massiah v. United States</u>, 377 U.S. 201 (1964).

For the foregoing reasons, any statements made by the defendant must be suppressed at trial.

<u>REQUEST FOR EVIDENTIARY HEARING</u>

Defendant requests an evidentiary hearing on this motion.

LOREN HARTY
By His Attorney,


/s/ Stylianus Sinnis
Stylianus Sinnis
B.B.O. #560148
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

-2-