# EXHIBIT A

```
               INCIDENT HISTORY REQUESTED BY TERMINAL: OPS11   ON: 03/12/04 08:26:54

Incident History for: #PD040033321

Received      01/20/04   16:03:11   BY PCT02   11565
   ered       01/20/04   16:04:14   BY PCT02   11565
 ispatched    01/20/04   16:06:17   BY PDT03   12153
Enroute       01/20/04   16:06:17
Onscene       01/20/04   16:09:38
Closed        01/24/04   21:03:48

Initial Type: SHOTS          Final Type: ARREST (ARREST O/S NO ASSISTANCE)
Initial Priority: 1          Final Priority: 7
Disposition: RPT      Source: 9     Primary Unit: B103F
Police BLK: 0226400   Fire BLK: 1752    EMS BLK: 0905302
Group: 02          Beat: 1      Map Page: 1118
Loc: 42 JULIAN ST ,RX   btwn COTTAGE CT & JUDSON ST (V)
Loc Info: FLR 2
Name: BILL, SDONIKA              Addr:                          Phone: 6174272340

/160414  (11565 )  ENTRY         CLR STS SOMEONE IS SHOOTING AT HER HOUSE...
/160310? (12318 )  SUPP          LOCI: IN HALLWAY ABV,
                                 NAM: JOHNSON, EMMA,
                                 PHO: 6174276836,
                                 TXT: CLR STS SHE JUST HEARD A GUNSHOT IN HER
                                  ALLWAY. STS SOME GUY ON 2ND FL W AS ARGUING W
                                 TH SOMEONE IN THE HALLWAY BEFORE SHE HEARD SH
                                 T
/160501  (11565 )  SUPP          TXT: CLR STS THEY'RE STILL OUT THERE SHOOTING
                                 ..UNK DESCRP
/160512            SUPP          TXT: NFI
/160435? (90479 )  SUPP          LOCI: INFRONT OF THE BRICK BUILDING,
                                 TYP: PERGUN,
                                 NAM: CORTEZ, M,
                                 ADR: 38 JULIAN ST ,DO,
                                 PHO: 6174275185,
                                 TXT: CLR STS A HISP/MALE BLK JACKET, HAS A GU
                                 ... STS THE MALE IS SCREAMING FR O PEOPLE IN
                                 HE BUILDING
/160617  (12153 )  DISPER  B103F   #11099  CREELMAN, LEAH
                                   #11413  GATELY,EDWARD
/160621  (90479 )  SUPP          TXT: BLK JEANS, BLK HAT, STS THE MALE LOOKS
                                  BE IN HIS 30'S
/160643            SUPP          TXT: MEDIUM BUILD..... 5'3-5'4
/160704            SUPP          TXT: STS THE MALE IS WALKING TWDS THE LIQUOR
                                 TORE ON BLU E HILL AV
/160723            SUPP          TXT: STS THE MALE PUT THE GUN IN HIS WAISTBAI
                                 ON THE RIGHT SIDE
/160932  (12153 )  ASSTER  B416F   [42 JULIAN ST ,RX]
                                   #10519  CLARKE, WAYNE
/160938            ONSCNE  B103F
/160946            NEWLOC  B103F   [170 BLUEHILL AV]
/161139            ASSTER  B411F   [170 BLUEHILL AV]
```

```
/161338              ONSCNE   B411F
/161338              ONSCNE   B416F
/161426              ASSTOS   V897    [170 BLUEHILL AV]
                                      #10262  FREDERICK, ROY
 161620              ASSTER   B815    [170 BLUEHILL AV]
                                      #10569  MITCHELL, GARRETT
/162352              ONSCNE   B815
/162713              MISC     B416F   ,TRANSPORTING FOR B103F
/162854              ASSTER   B983    [170 BLUEHILL AV]
                                      #9771   MERNER, ROBERT
/162921              ASSTOS   B916    [170 BLUEHILL AV]
                                      #10451  WHITE, DENNIS
/163211              ASSTOS   B412F   [170 BLUEHILL AV]
                                      #11307  BIRD, JEFFREY T
/165627              ASSTER   B804    [170 BLUEHILL AV]
                                      #9958   CHARBONNIER, JR, ALBERT
/171346              CHANGE           TYP: SHOTS --> ARREST,
                                      RSP: RPW   -->  PW,
                                      PRI: 1 --> 7
/174109              CLEAR    B412F
/174921              $PREMPT  B416F
/175401              CLEAR    B411F
/175409              CONTCT   B103F   Contact in 200 Minutes
                                      ,L20 ARREST
/180819  (11413 )    *QVEH    B103F   T/B103F
                                      ,LIC:3440ZO     VIN:
                                      TE:MA    LIY:04    LIT:PC    TAV:

/214954  (12153 )    CLEAR    B103F   DSP: RPT    - REPORT
/215004              CLEAR    B804
/215004              CLEAR    B815
/215004              CLEAR    B916
/215004              CLEAR    B983
*** New Date: 01/24/04 ***
/210348              $PREMPT  V897
/210348              CLOSE    B103F
```