# EXHIBIT
# B

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> VS. <br><br> JOHN DOE. | Case No. |

Federal Grand Jury
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts

Wednesday
March 10, 2004

APPEARANCE:   MARIANNE C. HINKLE
              Assistant U.S. Attorney

WITNESS:      MARK McALLISTER

ORIGINAL

APEX Reporting
(617) 426-3077

I N D E X

WITNESS                                                      PAGE

Mark McAllister

    Examination by Ms. Hinkle                                  3

EXHIBITS   DESCRIPTION                                       PAGE

1                        P R O C E E D I N G S
2                                                      (12:21 p.m.)
3                      MARK McALLISTER, Sworn
4              EXAMINATION BY MS. HINKLE:
5       Q      Would you, please, state your name and spell your
6  last name for the record?
7       A      Mark McAllister, M-C-A-L-L-I-S-T-E-R.
8              MS. HINKLE:  Mr. McAllister, you have to keep your
9  voice up so the Grand Jurors can hear you and so the
10 stenographer can take down what you said.
11             BY MS. HINKLE:
12      Q      Where do you live, Mr. McAllister?
13      A      42 Julian Street.
14      Q      And how old are you?
15      A      Seventeen.
16      Q      And who do you live with at 42 Julian Street?
17      A      Mother.
18      Q      And is your mother, in fact, here today?
19      A      Yes.
20      Q      And was she with us just a few minutes earlier
21 when we were speaking?
22      A      Yes.
23      Q      Now, Mr. McAllister, I want to draw your attention
24 to January 20th of 2004 in the afternoon hours sometime
25 around four o'clock.

1           Where were you around that time?
2     A     In the house.
3     Q     And did you expect someone to come to the house to
4  meet you?
5     A     Yeah, my cousin.
6     Q     And what's his name?
7     A     Damien Wiley.
8     Q     And, at some point, did Mr. Wiley arrive at your
9  house?
10    A     Yeah, he did after an incident.
11    Q     And can you tell us about the incident that
12 occurred?
13    A     He was coming home from school, and, and a guy
14 approached him, approached him on some crazy stuff, and I
15 guess he walked away from him, and the guy was just talking
16 crazy to him, and, then, five minutes later we go out to
17 leave out my house, and the guy was downstairs in front of
18 my house.
19    Q     All right. So, the, the exchange between the man
20 and Damien Wiley you heard from your cousin Damien. You
21 heard about that.
22          Is that right?
23    A     Yes.
24    Q     What was the first time that you saw or heard
25 anything from that man?

```
 1      A     When I went downstairs.
 2      Q     And why did you go down, your cousin came to your
 3  house and went upstairs to the second floor?
 4      A     Yeah.
 5      Q     And he told you about these events that had just
 6  occurred?
 7      A     Yes.
 8      Q     And, then, did something draw your attention that
 9  made you go downstairs?
10      A     No. We was about to leave out to go to the
11  studio, and, then, that's when, we were about to leave out.
12  I went downstairs first, and--
13      Q     And what happened when--
14      A     --I opened the door, and--
15      Q     --you got down--
16      A     --the guy was standing in front of my house.
17      Q     Now, did you know that person from before?
18      A     Uh-uh.
19      Q     And what was the person outside doing when you
20  first opened the door?
21      A     He was talking to a gentleman on the first floor.
22      Q     And is that man's name Eric Gaines?
23      A     Yes.
24      Q     And what, and, so, Mr. Gaines and this man were
25  talking when you came downstairs?
```

1   A   Yeah.

2   Q   And, then, what happened?

3   A   And asked, he had asked me some questions, asked
4   me, "My cousin in the house?"

5       I told him, "No."

6       Then, he got mad, and, then, that's when he had
7   pushed through Eric in the hallway with the gun, and, then,
8   closed the door.

9   Q   All right. So, so, they were outside, like, on a
10  porch?

11  A   Yeah, like, I have, like, stairs. Like, there is
12  stairs. You know, like, three set of stairs outside, and,
13  then, the hallway, and, then, the second hallway to go
14  upstairs.

15  Q   And when you first saw this man and Mr. Gaines,
16  they were outside, like, when you come up the first stairs
17  from the sidewalk?

18  A   Yes.

19  Q   And he asked you if your cousin was upstairs?

20  A   Yes.

21  Q   Did he use his name or how did he refer to him?

22  A   He, he was, like, "Did some niggers run in your
23  house?"

24      I was, like, "No."

25  Q   So, you said, when you said that to the man, then,

1  the man pushed by Mr. Gaines?
2      A   No, he grabbed him, and, then, pushed him in the
3  hallway with the gun.
4      Q   The man grabbed Mr. Gaines?
5      A   Yeah.
6      Q   And pushed Mr. Gaines into the hallway?
7      A   Yeah.
8      Q   And when was the first time you saw the gun?
9      A   When he grabbed him, and, then, he was bringing
10 him into the hallway.
11     Q   So, when the man grabbed Mr. Gaines and was
12 bringing him in the hallway, that's the first time you saw
13 the gun?
14     A   Yeah.
15     Q   And what, could you make any, could you tell
16 anything about the gun, the color or size or anything?
17     A   I just seen it was silver, and it had, like, a
18 black handle.
19     Q   And where was the gun before you saw it in the
20 man's hand?  Where did he take it from?
21     A   Out of his pants.
22     Q   And, then, he had that gun, and he pushed
23 Mr. Gaines inside, into the door?
24     A   Yes.
25     Q   And, then, what happened?

1  A   That's when he closed the door, and, then, he told
2  me to go tell Damien to come outside. So, that's when I
3  walked off to go upstairs, and--
4  Q   Did you see--
5  A   --the gun went off.
6  Q   I'm sorry. I'm sorry?
7  A   That's when I walked upstairs, and, then, when I
8  got halfway in front of my door, that's when the gun went
9  off.
10 Q   You could hear the sound of the gunshot?
11 A   Yeah.
12 Q   Did you know where Mr. Gaines was at that point?
13 A   Uh-uh.
14 Q   Did you see him or anything?
15 A   No.
16 Q   Could you, could you see the man at that point?
17 A   No, because once the gun went off, I went in the
18 house, and, then, that's when he came upstairs and tried to
19 kick in the door.
20 Q   So, you saw him come in? You saw him with the
21 gun. You started to go up the stairs to the second floor.
22     Is that right?
23 A   Yes.
24 Q   About halfway up there you heard a gunshot?
25 A   Yes.

1   Q    And you kept going and went into your apartment?
2   A    Yes.
3   Q    Did you do something with the door when you went
4   inside?
5   A    Locked the door.
6   Q    And, then, how long was it before somebody started
7   kicking at the door?
8   A    Like two minutes when the gun went off.
9   Q    And, and was that person still yelling when he was
10  kicking at the door?
11  A    Yeah.  He was like, "Tell them niggers to come
12  outside," and, then, I guess he, he realized they wasn't
13  going to open the door, and, then, he walked out, and he
14  left, and, then, five minutes later the police came down the
15  street with him in the car.
16  Q    Now, when, at some point while the man was kicking
17  the door, did your mother do something?
18  A    She was on the phone with the police.  Once she,
19  after the shot went off, that's when she called the police,
20  right when she heard the shot, and that's when he ran
21  upstairs and started kicking on the door, when she was on
22  the phone with the police.
23  Q    Already?
24  A    Yeah.
25  Q    Now, then, at some point, the man, you didn't hear

1  the kicking anymore, and the man seemed to go away?
2       A    Yeah, he left out the building. We don't know
3  where he went after that. We just know that he, the police
4  came back with him in the car.
5       Q    Now, when the police first arrived, did some
6  police officers come up to talk to you?
7       A    Yeah.
8       Q    And who was in your apartment at that point?  It
9  was you?
10      A    Damien, King and my mother.
11      Q    And Damien is Damien Wiley?
12      A    Yeah.
13      Q    And King is King Belin?
14      A    Yes.
15      Q    And Damien is your cousin, and King is a friend of
16 yours?
17      A    Yeah.
18      Q    And your mother's name is Mrs. Reynolds?
19      A    Yeah, Glenda Reynolds.
20      Q    And did the police talk to each of you?
21      A    Yes.
22      Q    Now, at some point, did they ask you if you could
23 identify the person who you had seen with the gun?
24      A    Yeah.
25      Q    And what did you tell them?

1   A   I told them, "Yeah."
2   Q   And, at some point, did they bring that person and
3   show that person to you in someway?
4   A   At first, they wanted us to go downstairs to point
5   him out, but we said, "No."
6       Then, they was just like, "Just look from the
7   window. We're gonna put him out the car."
8   Q   Okay. And, then, what did they do?
9   A   That's when two, the detective came upstairs, and,
10  then, they was, like, "You can go to the window and point
11  him out."
12      Then, that's when me and Damien were sitting at
13  the window, and he asked, he's like, "That's the guy?"
14      We was, like, "Yeah."
15  Q   All right. So, at some point, the police took an
16  individual out of a police car downstairs?
17  A   Yeah.
18  Q   And you were at the second floor window?
19  A   Yeah.
20  Q   Could you get a good look at the person who they
21  took out of the car?
22  A   Yes.
23  Q   And, and you say that it was you and Damien
24  together at the window?
25  A   Yes.

1    Q    And when you saw that person, was that the same
2  person you had seen moments before with the gun?
3    A    Yes.
4    Q    Do you have any doubts that, that was the same
5  guy?
6    A    No.
7    Q    Now, did, after that, did they put the person back
8  in the car?
9    A    Um-hum.
10   Q    Now, when the man with the gun was, was talking to
11 you, did he ever say why he wanted the other young men to
12 come outside?  Why he wanted you to get them to come
13 outside?
14   A    No.  He just, he was just yelling, like, "Tell
15 them to come outside and apologize."  He didn't say the
16 reason why because he was full of narcotics.  So, he was on
17 a rampage.
18   Q    Did he seem to you to be, have, having had some
19 drugs?
20   A    Yeah, and he had liquor on his breath.
21   Q    So, you could smell liquor on his breath when he
22 was talking to you?
23   A    Yes.
24   Q    And did he seem to you that he had possibly done
25 some kind of drugs or something, or was it the liquor you

```
 1  were talking about?
 2      A    I just smelled, like, liquor on his breath.  I
 3  don't know what else, other drugs he did, but I just smelled
 4  liquor on him.
 5      Q    Okay.  Had you seen him before?
 6      A    Nope, I never seen him before.
 7           MS. HINKLE:  Do the Grand Jurors have any
 8  questions for Mr. McAllister?
 9           (No verbal response.)
10           MS. HINKLE:  Okay.
11           (Whereupon, on March 10th, 2004, at 12:30 p.m.,
12  the witness was excused.)
```

## CERTIFICATE OF REPORTER

This is to certify that the attached proceeding before: __A FEDERAL GRAND JURY__

in the Matter of:

    UNITED STATES OF AMERICA

    VS.

    JOHN DOE

    Place: Boston, Massachusetts

    Date: March 10, 2004

were held as herein appears, and that this is the original transcript thereof.

                                                *[Signature]*
                                      OFFICIAL REPORTER (Signature)
                                      Marilyn D. Franklin