# EXHIBIT

# C

I
1 - 14

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA,

        VS.                                          Case No.

JOHN DOE.

---

Federal Grand Jury
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts

Wednesday
March 10, 2004

APPEARANCE:    MARIANNE C. HINKLE
               Assistant U.S. Attorney

WITNESS:       KING BELIN                        **ORIGINAL**

*APEX Reporting*
(617) 426-3077

I N D E X

WITNESS                                                      PAGE

King Belin

    Examination by Ms. Hinkle                             3

EXHIBITS   DESCRIPTION                                       PAGE

*APEX Reporting*
(617) 426-3077

P R O C E E D I N G S

(1:13 p.m.)

KING BELIN, Sworn

1    MS. HINKLE:  Keep your voice up so that all the members of the Grand Jury and the stenographer can hear your answers.

EXAMINATION BY MS. HINKLE:

Q    Please, state your name and spell your last name for the record?

A    King Belin, B-E-L-I-N.

MS. HINKLE:  All right, sir, you can't touch that because that's the stenographer's microphone.  Thank you.

BY MS. HINKLE:

Q    How old are you, sir?

A    Eighteen.

Q    Now, Mr. Belin, I want to draw your attention to January 20th of 2004 at about four o'clock.

Were you going somewhere?

A    No, I was at the pizza stop.  I was at the pizza store, I mean.

Q    You were at a pizza store and were you waiting for some other friends?

A    No, I was talking to this girl.

Q    At some point, did another friend of yours come by?

APEX Reporting
(617) 426-3077

1    A    Um-hum.

2         MS. HINKLE:  You have to say, "yes" or "no", sir.

3    A    Yeah.

4    Q    And who was the friend who came by?

5    A    Damien.

6    Q    Is that Damien Wiley?

7    A    Yes.

8    Q    And when you first saw Mr. Wiley, was he by

9  himself?

10    A    Yes.

11    Q    And at some point, did you see someone join

12  Mr. Wiley?

13    A    Yes.

14    Q    And who was that?

15    A    Some guy.

16    Q    You didn't know that man?

17         MS. HINKLE:  You have to say, "yes" or "no", sir.

18    A    No.

19    Q    And what, if anything, did you see that man do

20  with Mr. Wiley?

21    A    He was in his face talking to him, trying to ask

22  him for something, some--

23    Q    What--

24    A    --drugs.

25    Q    --was he saying?  What was he asking for?

1    A    Asking him for drugs.

2    Q    And do you remember what the sen -- what words the

3    man was actually using?

4    A    He was just telling him, "Serve me."

5    Q    "Serve me"?

6    A    Yeah.

7    Q    Now, at some point, did you join in the

8    conversation?

9    A    No.

10    Q    What did you do?

11    A    I was just breaking them apart because he was in

12    his face.

13    Q    That is, the man was in Damien's face?

14    A    Um-hum.  I was just telling Damien, "Come on."

15    Q    And, then, what did you and Mr. Wiley do?

16    A    We walked off.

17    Q    And where was the man?

18    A    He was kind of still following us talking, saying

19    the same thing over and over like, "You know me.  Serve me."

20    Q    And, then, what happened?

21    A    We just walked off.  Like, whatever, "Get out of

22    our face," or whatever.

23    He was, like, "I", he just got mad, like, "All

24    right.  I'll be back."

25    Q    He said, "I'll be back"?

BELIN - 3/10/04                                    6

1      A    Um-hum.

2           MS. HINKLE:   You have to say, "yes" or "no".

3      A    Yes.

4      Q    And, then, what did you do?

5      A    We just walked off and went in the house.

6      Q    And that's into Mark McAllister's house?

7      A    Um-hum.  Yes.

8      Q    And when you went into Mark McAllister's house, is

9  he on the second floor?

10     A    Yes.

11     Q    And did you see that man anywhere at that point?

12     A    Not at that point.

13     Q    Then, what did you do once you went into the

14 house?

15     A    We just sitting there.  Just chilling.  We was

16 just chilling, staying in the house or whatever, and, then,

17 like, 20, like, 15, 20 minutes later, we was about to leave

18 to go to the studio.  So, I looked out the window, and I

19 told everybody that this dude was outside.

20     Q    Was that the same guy you'd seen a few minutes

21 before?

22     A    Um-hum.

23          MS. HINKLE:   You have to say,--

24     A    Yes.

25          MS. HINKLE:   --"yes" or "no".

BY MS. HINKLE:

1     Q    And, then, what happened?

2     A    Mark went downstairs.

3     Q    Mark McAllister?  And--

         MS. HINKLE:  "Yes" or "no"?

     A    Yes.  Yes.

     Q    All right.  And what happened when Mark went downstairs?

     A    He was just talking to him asking him questions, like, "Did we run upstairs?"

     Q    The man was asking Mark these questions?

     A    Um-hum.  And his other cousin, his older cousin, Mark's older cousin.

     Q    Mark's older cousin went downstairs with him?

     A    No, he was in the window upstairs.

     Q    All right.  Mark's older cousin was in the window upstairs?

         MS. HINKLE:  You have to say, "yes" or "no".

     A    Yes.

     Q    And do you know that young man's name?

     A    No.

     Q    And what was the conversation between that young man and the man outside?

     A    He was just asking him if we had ran upstairs, and he told them, "Yeah, those are my little cousins," or

```
 1    whatever, "leave them alone."
 2            So, he was like, "Matter of fact, tell them to
 3    come downstairs and apologize."
 4       Q    That's the man who was outside who you had seen
 5    earlier who was--
 6       A    Um-hum.
 7       Q    --in Mr. Wiley's face?
 8       A    Yes.
 9       Q    And, then, what happened?
10       A    Basically, that was it.  That's, like, they was
11    downstairs.  Mark was downstairs, and he was, like, kind of,
12    I just heard him talking to them two in the hallway, because
13    there was two people downstairs he was talking to, and he
14    was talking to them, and he was kind of, like, he was going
15    back and forth talking to the window, I mean, talking to the
16    person that was in the window and talking to them.  I just
17    heard Mark running upstairs, and I heard the shot go off.
18       Q    You heard a gunshot?
19            MS. HINKLE:  You have to say, "yes" or "no".
20       A    Yes.
21       Q    And, then, what did you hear?
22       A    He just came upstairs banging on the door and
23    kicking on the door.
24       Q    Now, Mark McAllister came back in the house.
25            Didn't he?
```

```
 1          A     Yes.

 2          Q     And, then, you heard someone else kicking on the

 3    door?

 4          A     I guess it was the guy.

 5          Q     And, then, at some point, did the man stop kicking

 6    at the door, and was it quiet?

 7          A     Yeah, it was quiet.  He just left.  I don't know

 8    where he went.

 9          Q     Now, a little while after that, did the police

10    arrive?

11          A     Yes.

12          Q     And did they talk to you?

13          A     They talked to everybody.

14          Q     And, at some point, did they ask if you could

15    identify this man you'd seen outside?

16          A     Yeah.

17          Q     And did you say whether you could identify him or

18    couldn't?

19          A     No, I didn't say that.  I didn't say noth -- I

20    didn't say anything.

21          Q     At some point, did the police, actually, bring a

22    person back to the outside area of 42 Julian Street?

23          A     Yeah.

24          Q     And what happened once they brought a person out?

25    Did they ask you to do something?
```

1      A      At first, they was like, "We need you to just go

2   downstairs and identify him," if that was the right dude.

3             We was, like, "No, we're not going downstairs."

4             So, he was, he said something, he did something

5   with his little walkie-talkie, and, then, he was like, "All

6   right.  Go to the window and see if it was him," but Damien

7   was already over there.

8      Q      Damien was already at the window?

9      A      Like, you could, like, how his house is setup, I

10  mean, the house is setup, the chairs or whatever, he was

11  already over there.  So, he was just talking, like, to the

12  cop, and he was just, like, he took a quick glimpse over

13  there, and he was just, like, "Oh, yeah, that's him."

14            I said, "That's him."

15     Q      And, then, did Mark McAllister look out the

16  window?

17     A      Um-hum.

18            MS. HINKLE:  Sorry.  You have to say, "yes" or

19  "no".

20     A      Yes.

21     Q      And did you hear whether Mr. McAllister was able

22  to identify the man?

23     A      I didn't hear him say nothing, but he was over

24  there.

25     Q      And did you--

*APEX Reporting*
(617) 426-3077

BELIN - 3/10/04                                        11

1      A    He was up there leaning over Damien, like,--

2      Q    Now, did you go up and look out the window?

3      A    No.

4      Q    Did the police officer ask you to do that?

5      A    Yes.

6      Q    And you just didn't do it?

7      A    I just didn't, yes, I mean, no, I didn't do it.

8      Q    Did you ever say anything about whether you could

9  recognize the person or not?

10      A    No.

11      Q    Okay.  And, then, did they take that, what

12  happened next?  What was the next thing that happened that

13  you know?

14      A    Nothing.

15      Q    And had you ever seen that man before that day?

16      A    No.  No.

17          MS. HINKLE:  Do the jurors have any questions for

18  Mr. Belin?

19          GRAND JUROR:  Yes.  What time was this that you

20  said that the police came and brought him back?  Do you

21  remember?

22          THE WITNESS:  It was like 10 or 15 minutes

23  afterwards.

24          GRAND JUROR:  So, it was after four?

25          THE WITNESS:  I don't know what time it was.

1          GRAND JUROR:  What was, well, was it dark out or

2    light out?

3          THE WITNESS:  No, it wasn't dark out.  It was

4    getting there.  After the, when they was about to leave,

5    like, before the street got clear, because it was, they was

6    still outside just talking to each other.  No lights was on

7    no more or nothing, like, on some of the police cars, but

8    shortly, like, after they had left, it got dark.

9          GRAND JUROR:  But you didn't, you didn't identify

10   him anyway.

11         Is that correct?

12         THE WITNESS:  Yeah.

13         MS. HINKLE:  Any additional questions for this

14   witness?

15         Sir?

16         GRAND JUROR:  Why do you think he went up to your

17   friend, Mr. Wiley?  Why do you think he initially approached

18   him?  Do you--

19         THE WITNESS:  He wanted drugs from him.

20         GRAND JUROR:  Okay.

21         THE WITNESS:  He was swearing up and down that he

22   sold him before, and he was just, like, "You served me.  You

23   know me.  Serve me."

24         MS. HINKLE:  Additional questions for this

25   witness?

BELIN - 3/10/04                                    13

1        GRAND JUROR:  What does the phrase "hot" mean?

2        THE WITNESS:  Hum?

3        GRAND JUROR:  "Hot"?

4        THE WITNESS:  I said that?

5        GRAND JUROR:  No.

6        GRAND JUROR:  No.

7        GRAND JUROR:  No.

8        THE WITNESS:  "Hot"?

9        GRAND JUROR:  Yes.

10       THE WITNESS:  It could mean nice.  Like, if

11  somebody got a new car.  The car was hot.  Or they could be

12  talking about a girl.

13       GRAND JUROR:  No, but he used it in a class like,

14  that this person that, you know, went to all of you, who was

15  yelling, was "hot".

16       Do you know what he meant by that?

17       THE WITNESS:  No.

18       GRAND JUROR:  That's not your word.

19       THE WITNESS:  No.

20       MS. HINKLE:  Any additional questions for this

21  witness?

22       (No verbal response.)

23       MS. HINKLE:  Okay.  Thank you, sir.

24       (Whereupon, on March 10th, 2004, at 1:17 p.m., the

25  witness was excused.)

14

## CERTIFICATE OF REPORTER

This is to certify that the attached proceeding

before:    A FEDERAL GRAND JURY

in the Matter of:


UNITED STATES OF AMERICA

VS.

JOHN DOE




Place: Boston, Massachusetts

Date:   March 10, 2004


were held as herein appears, and that this is the original

transcript thereof.


OFFICIAL REPORTER (Signature)
Marilyn D. Franklin

# Boston Police Department

**Lineup #:** 04-000401

**Created By:** BPD   10569   Mitchell, Garrett

**Date:** 03/08/2004



**Date** 3/4/04   **Time** 1130 am   **Investigator** Det G Mitchell  Det S OBrien   **Witness**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 01-02178-11 | 005850-01 | 2 | 04-00192-02 | 151950-93 | 3 | 99-03201-11 | 009001-99 |
| 4 | 97-01950-03 | 006689-97 | 5 | 98-02108-11 | 166465-93 | 6 | 98-02827-11 | 164644-93 |
| 7 | 03-01734-03 | 156701-93 | 8 | 95-01156-03 | 136873-93 | 9 | 01-02567-03 | 135232-93 |