# EXHIBIT D



# Boston Police Department

Lineup #: 04-000401

Created By: BPD  10569  Mitchell, Garrett

Date: 03/08/2004

Report Date: 03/08/2004 11:13
Printed By: Mitchell, Garrett
Page #: 1 of 1

**1**


**2**


**3**


**4**


**5**


**6**


**7**


**8**


**9**


Date 3/8/04  Time 1130am  Investigator Det G Mitchell / Det S O'Brien  Witness _____

| # | ID | # | # | ID | # | # | ID | # |
|---|----|---|---|----|---|---|----|---|
| 1 | 01-02178-11 | 005850-01 | 2 | 04-00192-02 | 151950-93 | 3 | 99-03201-11 | 009001-99 |
| 4 | 97-01950-03 | 006689-97 | 5 | 98-02106-11 | 166465-93 | 6 | 98-02827-11 | 164644-93 |
| 7 | 03-01734-03 | 156701-93 | 8 | 95-01158-03 | 136873-93 | 9 | 01-02567-03 | 135232-93 |

# EXHIBIT E

JHN-20-2004  23:02                                                                                      P.01

# Boston Police Department
## Arrest Booking Form

Report Date: 01/20/2004 22:39
Booking Status: Verified
Printed By: Mitchell, Garrett

District: 02    UCR Code: 0411
Court of Appearance: Roxbury District Court
Master Name: HARTY, Loren           Age: 28
Location of Arrest: 42 Julian Street, Roxbury

Booking Name: HARTY, Loren E
Alias:
Address: 49 Maywood ST #01, ROXBURY MA 02120 US



**Charges:**
- Assault by means of a Dangerous Weapon (Gun) (265-15B)
- Unlawful Possession of Firearm (269-10 (h))
- Unlawful Possession of Ammunition (269-10H)
- Firearm Discharged Within 500 ft. of Dwelling (269-12E)

Booking #: 04-00192-02         Incident #: 040033321        CR Number: 151950-93
Booking Date: 01/20/2004 16:31  Arrest Date: 01/20/2004 16:15  RA Number:

| | | |
|---|---|---|
| Sex: Male | Height: 5'08 | Occupation: Writer |
| Race: Black Non-Hispanic | Weight: 170 lbs | Employer/School: |
| Date of Birth: 09/28/1975 | Build: Medium | Emp/School Addr: Self-Employed |
| Place of Birth: Boston MA US | Eyes Color: Brown | Social Sec. Number: 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 |
| Marital Status: Single | Hair Color: Black | Operators License: 016622558 |
| Mother's Name: Harty, Margret | Complexion: Light Brown | State: MA |
| Father's Name: Roberts, Loren | | |

Phone Used: Yes
Examined at Hospital: No
Breathalyzer Used: No
Examined by EMS: No

Scars/Marks/Tattoos: Tattoos / Names or Nicknames / Abdomen
Clothing Desc: Black Leather Coat, Black Jacket, Blue Jersey, Blue Work Pants, Blue Jeans, Blue Shirt, Tan Boots

| | | | | |
|---|---|---|---|---|
| Arresting Officer: | BPD | 11413 | Gately, Edward L | Cell Number: 02 |
| Booking Officer: | BPD | 11322 | Hester, Wayne E | Partner's #: 11129 |
| Informed of Rights: | BPD | 11322 | Hester, Wayne E | Unit #: B103F |
| Placed in Cell By: | BPD | 11322 | Hester, Wayne E | Trans Unit #: B416F |
| Searched By: | BPD | 10519 | Clarke, Wayne | |

Cautions: Armed, Violent
Booking Comments:
Visible Injuries: None

Person Notified:
Address:
Notified By:

**JUVENILE INFORMATION**
Relationship:
Juv. Prob. Officer:

Phone:
Notified Date/Time:

Bail Set By: P.McDermott
Bailed By: P.McDermott
Amount: 100,040

I Selected the Bail Comm.

_____
Signature of Prisoner

| BOP Check: | BPD | 11322 | Hester, Wayne E |
|---|---|---|---|
| Suicide Check: | | | |
| BOP Warrant: | | | |
| BOP Court: | | | |

_____
Signature of Duty Supervisor

**USMS Number:** 25154038  
**ORI:** MAUSM0100  

**Date of Arrest:** 03 / 19 / 2004  
**FBI Number:**

**Last Name:** HARTY  
**First Name:** LOREN  
**Middle Name:** EARL  

**Sex:** M  
**Race Code:** W  
**DOB:** 09 / 28 / 1975  

**Height:** 5 FT 8 IN  
**Weight:** 154 LBS  

**Eye Color:** BRO  
**Hair Color:** BLK  



**View:** Front  

**Date Taken:** 03 / 19 / 2004  



**View:** Side R  

**Date Taken:** 03 / 19 / 2004  

file://D:\Temp\Images\25154038-03192004_Photos.xml                                    3/19/2004

USMS Number: 25154038  
ORI: MAUSM0100  

Date of Arrest: 03 / 19 / 2004  
FBI Number:

Last Name: HARTY  
First Name: LOREN  
Middle Name: EARL

Sex: M  
Race Code: W  
DOB: 09 / 28 / 1975

Height: 5 FT 8 IN  
Weight: 154 LBS

Eye Color: BRO  
Hair Color: BLK



Type: Tattoo  
Date Taken: 03 / 19 / 2004

Type: Unknown  
Date Taken: //

Detail Photo #2: Not Available

Type: Unknown  
Date Taken: //

Detail Photo #3: Not Available

Type: Unknown  
Date Taken: //

Detail Photo #4: Not Available

Type: Unknown  
Date Taken: //

Detail Photo #5: Not Available

Type: Unknown  
Date Taken: //

Detail Photo #6: Not Available

file://D:\Temp\Images\25154038-03192004_Photos.xml

3/19/2004