UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                           |   |                           |
|---------------------------|---|---------------------------|
| UNITED STATES OF AMERICA  | ) |                           |
| v.                        | ) | Criminal No. 04-10120-RGS |
| LOREN HARTY               | ) |                           |

GOVERNMENT'S MOTION TO CONTINUE SUPPRESSION HEARING AND EXTEND
TIME FOR FILING RESPONSE

The government hereby requests a continuance of the hearing on defendant's motions to suppress, currently scheduled for October 21, 2005, and an extension of time within which the government must respond to the defendant's motions to suppress.

The government is hereby requesting an extension of time to November 11, 2005, to file its response. Accordingly, the government requests a continuance of the hearing on said motions to a date after November 11, 2005. As grounds for this motion, the government states that AUSA William Connolly has recently been assigned to a new unit within the United States Attorney's Office and will no longer be assigned to this case. The requested continuance will provide the government sufficient time to reassign the case to a new AUSA and provide the newly assigned attorney time to review the case and file a response to the defendant's motions.

I have conferred with counsel for the defendant; he assents
to these requests.

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ William H. Connolly
                              William H. Connolly
                              Assistant U.S. Attorney




October 14, 2005