```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA    )
                            )
            V.              )    CR. NO. 04-10120-RGS
                            )
LOREN HARTY                 )
```

### ASSENTED-TO MOTION TO EXTEND AND CONTINUE

The United States, with the assent of the defendant, moves to extend the time by which it must respond to his three motions to suppress up to and including December 9, 2005, and to continue the date of the suppression hearing to a date thereafter that is convenient for the Court.  In support of its motion, the United States says the following.

    1.  This case has just recently been reassigned to the undersigned Assistant United States Attorney.  The requested extension is necessary for the government to adequately prepare its response.

    2.  The defendant assents to the motion.[1]

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:
                         /s/CHRISTOPHER F. BATOR
                         Assistant U.S. Attorney

                         Dated: November 10, 2005
```

---

[1] Defendant's counsel is unavailable for the suppression hearing during the week between Christmas and New Years.

CERTIFICATE OF SERVICE

    I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon Stylianus Sinnis, Esq., Federal Defender Office, 408 Atlantic Avenue, Third Floor, Boston, MA 02110 by first class mail.

                                          /s/CHRISTOPHER F. BATOR
                                          Assistant U.S. Attorney

                                          Dated: November 10, 2005