UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 04-10120-RGS |
| ) | |
| LOREN HARTY ) | |

### ASSENTED-TO MOTION TO EXTEND AND CONTINUE

The United States, with the assent of the defendant, moves to extend the time by which it must respond to his three motions to suppress up to and including January 6, 2006, and to continue the date of the suppression hearing to a date thereafter that is convenient for the Court.  In support of its motion, the United States says the following.

1.  The requested extension is necessary for the government to adequately prepare its response.

2.  The defendant assents to the motion.[1]

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:
    /s/CHRISTOPHER F. BATOR
    Assistant U.S. Attorney

    Dated: December 13, 2005

---

[1] Defendant's counsel requests that the suppression hearing occur no later than the end of January.

<u>CERTIFICATE OF SERVICE</u>

    I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon Stylianus Sinnis, Esq., Federal Defender Office, 408 Atlantic Avenue, Third Floor, Boston, MA 02110 by first class mail.

                                      <u>/s/CHRISTOPHER F. BATOR</u>
                                      Assistant U.S. Attorney

                                      Dated: December 13, 2005