UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | CRIMINAL NO. 04-10120-RGS |
| ) | |
| LOREN HARTY            ) | |

ASSENTED-TO MOTION TO EXTEND TIME FOR FILING POST HEARING BRIEFS ON DEFENDANT'S MOTIONS TO SUPPRESS IDENTIFICATION AND STATEMENTS

      Defendant, Loren Harty, respectfully moves that this Court extend the deadline by which he must file his post-hearing brief on his motions to suppress identification and statements, previously set for July 10, 2006, to August 21, 2006. As grounds for this motion, defendant through counsel states that he just received the final transcript from the suppression hearing on July 5, 2006. Prior to receiving the transcript counsel was not in a position to draft his post-hearing brief. As further grounds, the parties state that they are attempting to resolve this matter and require additional time to do so prior to filing any additional papers in this case.

Assistant U.S. Attorney Christopher Bator has stated that he assents to this motion. Counsel agree that the extension of time requested in this motion should be excluded under the Speedy Trial Act.

```
                                LOREN HARTY
                                By his attorney,


                                Stylianus Sinnis
                                  B.B.O. # 560148
                                Federal Defender Office
                                408 Atlantic Ave., 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061
July 10, 2006
```

      I, Stylianus Sinnis, do hereby certify that this document has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of Electronic Filing (NEF) and by sending paper copies to non-registered participants all on July 10, 2006.

```
                                /s/ Stylianus Sinnis
                                Stylianus Sinnis
```