UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 04-10120-RGS |
| ) | |
| LOREN HARTY ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
POST-HEARING BRIEF IN SUPPORT
<u>OF MOTION TO SUPPRESS</u>**

For its response to defendant's post-hearing brief, the government relies on its previously filed Consolidated Opposition To Defendant's Motion To Suppress and the testimony of the witnesses at the suppression hearing.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

        By:
            /s/CHRISTOPHER F. BATOR
            Assistant U.S. Attorney

        Dated: September 8, 2006

<u>CERTIFICATE OF SERVICE</u>

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon all counsel of record by electronic filing.

            /s/CHRISTOPHER F. BATOR
            Assistant U.S. Attorney

        Dated: September 8, 2006