UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      )  CRIMINAL NO. 04-10120-RGS
                                  )
LOREN E. HARTY                    )

## MOTION FOR STATUS CONFERENCE

The United States of America respectfully moves that a status conference be scheduled in the above-captioned case.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/Robert E. Richardson
                              ROBERT E. RICHARDSON
                              Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 1, 2007.

                              /s/Robert E. Richardson
                              ROBERT E. RICHARDSON