AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF            MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                            **APPEARANCE**

LOREN E. HARTY

Case Number:   04-10120-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America

I certify that I am admitted to practice in this court.

March 1, 2007                              /s/Robert E. Richardson
Date                                            Signature

                                              Robert E. Richardson            558489
                                              Print Name                          Bar Number

                                              U.S. Attorney's Office, 1 Courthouse Way, Ste. 9200
                                              Address

                                              Boston                  MA      02210
                                              City                    State   Zip Code

                                              617-748-3247      617-748-3951
                                              Phone Number                    Fax Number