## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 04-CR-10120-RGS** |
| ) | |
| **LOREN E. HARTY** ) | |
| **Defendant** ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Stearns, J.) March 7, 2007 <u>Memorandum and Order</u> suppressing statements to be used in the trial against the defendant Loren E. Harty (docketed on March 7, 2007; docket entry 55).

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    <u>/s/Robert E. Richardson</u>
    ROBERT E. RICHARDSON
    Assistant U.S. Attorney

### Certificate of Service

I hereby certify that on March 27, 2007, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    <u>/s/Robert E. Richardson</u>
    ROBERT E. RICHARDSON
    Assistant U.S. Attorney