UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No. 04-CR-10120-RGS |
| ) | |
| LOREN E. HARTY    ) | |
| Defendant     ) | |

## CERTIFICATION

The government has filed a notice of appeal of the district court's (Stearns, J.) March 7, 2007 Memorandum and Order suppressing statements to be used in the trial against the defendant Loren E. Harty. Pursuant to 18 U.S.C. §3731, the United States Attorney hereby certifies to the district court that the appeal is not taken for the purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

MICHAEL K. LOUCKS
Acting U.S. Attorney

3/27/07

Certificate of Service

I hereby certify that on March 27, 2007, this Certification filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney