APPEAL, MAG

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10120-RGS-ALL

Case title: USA v. Harty
Magistrate judge case number: 1:04-mj-00005-LPC

Date Filed: 04/14/2004

Assigned to: Judge Richard G. Stearns

**Defendant**

**Loren E. Harty** (1)　　　　represented by **Miriam Conrad**
　　　　　　　　　　　　　　　　　　　　Federal Defender's Office
　　　　　　　　　　　　　　　　　　　　Williams Coast Guard Building
　　　　　　　　　　　　　　　　　　　　408 Atlantic Ave.
　　　　　　　　　　　　　　　　　　　　Third Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　617-223-8061
　　　　　　　　　　　　　　　　　　　　Fax: 617-223-8080
　　　　　　　　　　　　　　　　　　　　Email: miriam_conrad@fd.org
　　　　　　　　　　　　　　　　　　　　*TERMINATED: 05/16/2005*
　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender or*
　　　　　　　　　　　　　　　　　　　　*Community Defender Appointment*

　　　　　　　　　　　　　　　　　　　　**Stylianus Sinnis**
　　　　　　　　　　　　　　　　　　　　Federal Defender's Office
　　　　　　　　　　　　　　　　　　　　District of Massachusetts
　　　　　　　　　　　　　　　　　　　　408 Atlantic Ave.
　　　　　　　　　　　　　　　　　　　　Third Floor
　　　　　　　　　　　　　　　　　　　　Suite 328
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　617-223-8061
　　　　　　　　　　　　　　　　　　　　Fax: 617-223-8080
　　　　　　　　　　　　　　　　　　　　Email: stellio_sinnis@fd.org
　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender or*
　　　　　　　　　　　　　　　　　　　　*Community Defender Appointment*

　　　　　　　　　　　　　　　　　　　　**Timothy G. Watkins**
　　　　　　　　　　　　　　　　　　　　Federal Defender's Office
　　　　　　　　　　　　　　　　　　　　District of Massachusetts
　　　　　　　　　　　　　　　　　　　　408 Atlantic Ave.
　　　　　　　　　　　　　　　　　　　　Third Floor

Suite 328
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: timothy_watkins@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:922(g)(1) Possession of a Firearm and Ammunition by a Convicted Felon (1)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:922G.F

**Disposition**

**Plaintiff**

USA    represented by    **Christopher F. Bator**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3951
Email: christopher.bator@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Richardson**
United States Attorney's Office
1 Courthouse Way

Boston, MA 02210
617-748-3247
Fax: 617-748-3951
Email: robert.richardson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Connolly**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3174
Fax: 617-748-3954
Email: William.Connolly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2004 | 1 | COMPLAINT as to Loren E. Harty (1). (Simeone, Maria)[1:04-mj-00005-LPC] (Entered: 03/19/2004) |
| 03/19/2004 | | Arrest Warrant Issued as to Loren E. Harty. (Simeone, Maria)[1:04-mj-00005-LPC] (Entered: 03/19/2004) |
| 03/19/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Loren E. Harty held on 3/19/2004. William Connolly for the Govt; Miriam Conrad for deft; Govt states maximum penalties; deft is read his righ[1:04ts; deft is sworn; deft is questioned; govt moves for detention; detention hearing is set for 3/23/04 at 3:30pm in courtroom #23 on the 7th Floor. (Court Reporter digital.) (Simeone, Maria)[1:04-mj-00005-LPC] (Entered: 03/19/2004) |
| 03/19/2004 | | Set detention Hearing as to Loren E. Harty : Detention Hearing set for 3/23/2004 03:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria)[1:04-mj-00005-LPC] (Entered: 03/19/2004) |
| 03/19/2004 | 2 | CJA 23 Financial Affidavit by Loren E. Harty (Simeone, Maria)[1:04-mj-00005-LPC] (Entered: 03/19/2004) |
| 03/19/2004 | 3 | Judge Lawrence P. Cohen : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Loren E. Harty Miriam Conrad for Loren E. Harty appointed. (Simeone, Maria)[1:04-mj-00005-LPC] (Entered: 03/19/2004) |
| 03/23/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Detention Hearing as to Loren E. Harty held on 3/23/2004; William Connolly for Govt; Miriam Conrad for deft; Govt Call witness to the stand; Witness is sworn; Govt ex[1:04amines witness; Defense |

|  |  |  |
|---|---|---|
|  |  | counsel cross examines witness; witness steps down; Govt moves for detention; Defense Counsel opposes with proposed conditions of release; BOGJ action; Detention matter taken under advisement. (Court Reporter digital.) (Simeon[1:04e, Maria) Modified on 3/26/2004 (Simeone, Maria).[1:04-mj-00005-LPC] (Entered: 03/24/2004) |
| 03/24/2004 | 4 | EXHIBIT/WITNESS LIST by Loren E. Harty (Simeone, Maria)[1:04-mj-00005-LPC] (Entered: 03/25/2004) |
| 03/26/2004 | 5 | Judge Lawrence P. Cohen : ORDER entered ORDER OF DETENTION as to Loren E. Harty (Cohen, Lawrence)[1:04-mj-00005-LPC] (Entered: 03/26/2004) |
| 03/29/2004 | 6 | Arrest Warrant Returned Executed on 3/19/04. as to Loren E. Harty. (Simeone, Maria)[1:04-mj-00005-LPC] (Entered: 03/29/2004) |
| 04/14/2004 | 7 | INDICTMENT as to Loren E. Harty (1) count(s) 1. (Gawlik, Cathy) (Entered: 04/14/2004) |
| 04/14/2004 |  | Judge Richard G. Stearns : ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: pretrial proceedings as to Loren E. Harty (Gawlik, Cathy) (Entered: 04/14/2004) |
| 04/15/2004 |  | Set Arraignment as to Loren E. Harty : Arraignment set for 4/23/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 04/15/2004) |
| 04/23/2004 | 8 | Judge Lawrence P. Cohen : ORDER entered INITIAL SCHEDULING ORDER as to Loren E. Harty Initial Status Conference set for 6/8/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 04/23/2004) |
| 04/23/2004 | 9 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Loren E. Harty Time excluded from 4/23/2004 until 5/21/2004. (Cohen, Lawrence) (Entered: 04/23/2004) |
| 04/23/2004 |  | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Loren E. Harty (1) Count 1 held on 4/23/2004. No US Atty present; Miriam Conrad for deft; deft is arraigned on count 1; Deft pleas not guilty; Initial Status Conference set for 6/8/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) (Entered: 04/23/2004) |
| 06/08/2004 |  | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Status Conference as to Loren E. Harty held on 6/8/2004; parties state status of case and request more time for discovery; subject to excludable time; Interim Status Conference set for 8/3/2004 02:15 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) (Entered: 06/08/2004) |
| 06/08/2004 | 10 | Judge Lawrence P. Cohen : ORDER entered REPORT AND ORDER on Initial Status Conference as to Loren E. Harty Interim Status Conference set for 8/3/2004 02:15 PM in Courtroom 23 before Magistrate Judge |

| | | |
|---|---|---|
| | | Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 06/08/2004) |
| 06/08/2004 | 11 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Loren E. Harty Time excluded from 6/8/2004 until 8/3/2004. (Cohen, Lawrence) (Entered: 06/08/2004) |
| 08/03/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Status Conference as to Loren E. Harty held on 8/3/2004;Motion to suppress to be filed; Motions due by 10/15/2004. final Status Conference set for 10/19/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. Subject to excludable time.(Court Reporter digital.) (Simeone, Maria) (Entered: 08/03/2004) |
| 08/03/2004 | 12 | JOINT MEMORANDUM of the parties re Final status conference by Loren E. Harty (Simeone, Maria) (Entered: 08/03/2004) |
| 08/04/2004 | 13 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Loren E. Harty Time excluded from 8/3/2004 until 10/14/2004. (Cohen, Lawrence) (Entered: 08/04/2004) |
| 08/04/2004 | | Set/Reset Deadlines/Hearings as to Loren E. Harty : Motions due by 10/15/2004. Final Status Conference set for 10/19/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 08/04/2004) |
| 10/15/2004 | 14 | Assented to MOTION for Extension of Time to December 1, 2004 to File Motion To Suppress as to Loren E. Harty. (Conrad, Miriam) (Entered: 10/15/2004) |
| 10/16/2004 | 15 | Judge Lawrence P. Cohen : ORDER entered granting 14 Motion for Extension of Time to File as to Loren E. Harty (1), subject to excludable time commencing October 19, 2004, and concluding December 7, 2004 (Cohen, Lawrence) (Entered: 10/16/2004) |
| 10/16/2004 | 16 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Loren E. Harty Time excluded from 10/19/04 until 12/7/04. (Cohen, Lawrence) (Entered: 10/16/2004) |
| 10/16/2004 | | Set/Reset Hearings as to Loren E. Harty : Final Status Conference set for 12/7/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 10/16/2004) |
| 11/19/2004 | 17 | TRANSCRIPT of Probable Cause and Detention Hearing as to Loren E. Harty held on March 23, 2004 before Judge Cohen. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/19/2004) |
| 12/01/2004 | 18 | MOTION to Continue *status conference* as to Loren E. Harty. (Conrad, Miriam) (Entered: 12/01/2004) |
| 12/02/2004 | 19 | Judge Lawrence P. Cohen : ORDER entered granting 18 Motion to Continue Status Conference as to Loren E. Harty (1) (Cohen, Lawrence) |

| | | |
|---|---|---|
| | | (Entered: 12/02/2004) |
| 12/02/2004 | 20 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Loren E. Harty Time excluded from 12/2/04 until 1/19/05. (Cohen, Lawrence) (Entered: 12/02/2004) |
| 12/03/2004 | | Reset status conference as to Loren E. Harty : Status Conference reset for 1/19/2005 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 12/03/2004) |
| 01/19/2005 | 22 | Case as to Loren E. Harty to Magistrate Judge Judith G. Dein upon the retirement of Magistrate Judge Lawrence P. Cohen. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Hurley, Virginia) (Entered: 01/26/2005) |
| 01/20/2005 | 21 | Judge Lawrence P. Cohen : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Loren E. Harty Time excluded from 1/19/05 until 2/18/05. (Cohen, Lawrence) (Entered: 01/20/2005) |
| 02/18/2005 | 23 | Judge Judith G. Dein : ORDER entered. INTERIM STATUS REPORT as to Loren E. Harty. Status Conference set for 3/9/2005 03:45 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) Modified on 2/18/2005 to change date of next conference. (Dambrosio, Jolyne). (Entered: 02/18/2005) |
| 02/18/2005 | 24 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Loren E. Harty. Time excluded from 2/18/05 until 3/9/05. (Dambrosio, Jolyne) (Entered: 02/18/2005) |
| 02/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Loren E. Harty held on 2/18/2005; AUSA Connolly and Attorney Conrad report current case status; Motion to supress due 3/8/05; Next status conference is set for 3/9/05 @ 3:45pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/03/2005) |
| 03/09/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Loren E. Harty held on 3/9/2005; AUSA Connolly and Attorney Conrad report current case status; Attorney Conrad seeks additional time to file motions; Dft. motions due 4/27/05; Next status conference is set for 4/29/05 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/09/2005) |
| 03/09/2005 | 25 | Judge Judith G. Dein : ORDER entered. INTERIM STATUS REPORT as to Loren E. Harty. Status Conference set for 4/29/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/11/2005) |
| 03/09/2005 | 26 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Loren E. Harty. Time excluded from 3/9/05 until 4/29/05. (Dambrosio, Jolyne) (Entered: 03/11/2005) |
| 04/29/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Loren E. Harty held on 4/29/2005; AUSA Connolly and Attorney Conrad report case status; Dft. seeks extention to |

| | | |
|---|---|---|
| | | file motion to supress further conference; Motion to supress due 5/26/05 and status conference is set for 5/27/05 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/02/2005) |
| 04/29/2005 | 27 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Loren E. Harty Status Conference set for 5/27/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein.; (Quinn, Thomas) (Entered: 05/02/2005) |
| 04/29/2005 | 28 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Loren E. Harty Time excluded from 4/29/05 until 5/27/05. (Quinn, Thomas) (Entered: 05/02/2005) |
| 05/16/2005 | 29 | NOTICE of Withdrawal of Appearance in case as to Loren E. Harty. Attorney Miriam Conrad terminated. (Conrad, Miriam) (Entered: 05/16/2005) |
| 05/16/2005 | 30 | NOTICE OF ATTORNEY APPEARANCE: Timothy G. Watkins appearing for Loren E. Harty (Watkins, Timothy) (Entered: 05/16/2005) |
| 05/20/2005 | 31 | Assented to MOTION to Continue *Final Status Conference and Enlarge Time to File Motion to Suppress Identifications* as to Loren E. Harty. (Watkins, Timothy) (Entered: 05/20/2005) |
| 05/23/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 31 Motion to Continue as to Loren E. Harty (1); Time for filing motion to supress continued to June 13, 2005. Status conference is reset for 6/14/05 @ 3:00pm. (Quinn, Thomas) (Entered: 05/23/2005) |
| 05/23/2005 | 32 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Loren E. Harty Time excluded from 5/27/05 until 6/14/05. (Quinn, Thomas) (Entered: 05/23/2005) |
| 06/14/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Loren E. Harty held on 6/14/2005; AUSA Connolly and Attorney Watkins report discovery is complete; Dft. motion to supress is due 6/21/05 and Govt. response is due 7/8/05; USMJ Dein will issue report and return file to district court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/15/2005) |
| 06/14/2005 | 33 | Judge Judith G. Dein : ORDER entered. Final STATUS REPORT as to Loren E. Harty (Quinn, Thomas) (Entered: 06/15/2005) |
| 06/14/2005 | 34 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Loren E. Harty Time excluded from 6/14/05 until 7/8/05. (Quinn, Thomas) (Entered: 06/15/2005) |
| 07/05/2005 | 35 | MOTION for Extension of Time to August 2, 2005 to File Motions to Suppress Identifications and Statements as to Loren E. Harty. (Watkins, Timothy) (Entered: 07/05/2005) |
| 07/12/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 35 Motion for Extension of Time to File as to Loren E. Harty to 8-2-05. (Johnson, Mary) (Entered: 07/12/2005) |

| | | |
|---|---|---|
| 08/09/2005 | ● | Electronic NOTICE of Trial Assignment Conference as to Loren E. Harty : "counsel are hereby directed to appear before Stearns, DJ. on WEDNESDAY, AUGUST 17, 2005 AT 4:00 P.M. for a Trial Assignment Conference." (Johnson, Mary) Modified on 8/9/2005 (Johnson, Mary). (Entered: 08/09/2005) |
| 08/17/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Initial Pre-Trial/Status Conference as to Loren E. Harty held on 8/17/2005. AUSA Connolly present for the Govt. Atty. Watkins present for the deft. Parties are in agreement as to a schedule for the filing of a motion to suppress by the deft. as follows: motion to suppress to be filed by 9-19-05, and Govt's response due by 10-3-05. An evidentiary hearing is scheduled for OCTOBER 21, 2005 AT 2:30 P.M. Time excluded from 8-17-05 to 9-19-05. (Court Reporter Judith Twomey.) (Johnson, Mary) Modified on 8/18/2005 (Johnson, Mary). (Entered: 08/18/2005) |
| 09/12/2005 | ●36 | NOTICE OF ATTORNEY APPEARANCE: Stylianus Sinnis appearing for Loren E. Harty (Flaherty, Elaine) (Entered: 09/15/2005) |
| 09/15/2005 | ●37 | Assented to MOTION for Extension of Time to 10/3/05 to File file motion to suppres as to Loren E. Harty, filed.. (Flaherty, Elaine) (Entered: 09/23/2005) |
| 09/26/2005 | ● | Judge Richard G. Stearns : ElectronicORDER entered granting 37 Motion for Extension of Time as to Loren E. Harty (1). (Johnson, Mary) (Entered: 09/26/2005) |
| 10/03/2005 | ●38 | MOTION to Suppress *physical evidence* as to Loren E. Harty. (Attachments: # 1 Affidavit)(Sinnis, Stylianus) (Entered: 10/03/2005) |
| 10/03/2005 | ●39 | MOTION to Suppress *Statements* as to Loren E. Harty. (Attachments: # 1 Affidavit)(Sinnis, Stylianus) (Entered: 10/03/2005) |
| 10/03/2005 | ●40 | MOTION to Suppress *identification* as to Loren E. Harty. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D & E)(Sinnis, Stylianus) (Entered: 10/03/2005) |
| 10/14/2005 | ●41 | Assented to MOTION for Extension of Time to November 11, 2005 to File Response/Reply *to defendant's motions to suppress* as to Loren E. Harty by USA. (Connolly, William) (Entered: 10/14/2005) |
| 10/14/2005 | ● | Judge Richard G. Stearns : ElectronicORDER entered granting 41 Motion for Extension of Time to File Response/Reply as to Loren E. Harty (1)."the hearing is re-scheduled to December 5, 2005. Govt's response shall be filed on 11-11-05." Stearns, DJ. (Johnson, Mary) Modified on 10/17/2005 (Johnson, Mary). (Entered: 10/17/2005) |
| 11/10/2005 | ●42 | Assented to MOTION for Extension of Time to December 9, 2005 to File and to continue the date of the suppression hearing to a date thereafter that is convenient to the Court as to Loren E. Harty by USA. (Bator, Christopher) (Entered: 11/10/2005) |
| 11/14/2005 | ● | Judge Richard G. Stearns : ElectronicORDER entered granting 42 Motion for Extension of Time as to Loren E. Harty (1)."the December 5, |

| | | |
|---|---|---|
| | | 2005 hearing will be given a new date by the Clerk". (Johnson, Mary) (Entered: 11/14/2005) |
| 12/13/2005 | 43 | Assented to MOTION for Extension of Time to January 6, 2006 to File Assented-To Motion To Extend And Continue as to Loren E. Harty by USA. (Bator, Christopher) (Entered: 12/13/2005) |
| 12/14/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 43 Motion for Extension of Time as to Loren E. Harty (1). (Johnson, Mary) (Entered: 12/14/2005) |
| 12/14/2005 | | NOTICE OF HEARING ON MOTION as to Loren E. Harty Responses due by 1/6/2006 Motion Hearing set for 1/25/2006 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 12/14/2005) |
| 01/06/2006 | 44 | MEMORANDUM in Opposition by USA as to Loren E. Harty re 38 MOTION to Suppress *physical evidence*, 39 MOTION to Suppress *Statements*, 40 MOTION to Suppress *identification (Consolidated Opposition)* (Attachments: # 1)(Bator, Christopher) (Entered: 01/06/2006) |
| 01/19/2006 | | Remark as to Loren E. Harty: "the suppression hearing which is presently scheduled for Jan. 25, 2006 before Stearns, DJ is hereby cancelled at this time. The clerk will contact counsel to coordinate a mutually - agreeable date for the hearing." Mary Johnson, Courtroom Clerk to Stearns, DJ. (Johnson, Mary) Modified on 1/19/2006 (Johnson, Mary). (Entered: 01/19/2006) |
| 02/01/2006 | | NOTICE OF HEARING ON MOTION as to Loren E. Harty: Motion Hearing (motion #'s 38, 39 and 40) set for 2/23/2006 10:00 AM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) Modified on 2/1/2006 (Johnson, Mary). (Entered: 02/01/2006) |
| 02/16/2006 | 46 | Ex Parte MOTION for Writ of Habeas Corpus Ad Testificandum as to Loren E. Harty, filed.. (Johnson, Mary) (Entered: 02/21/2006) |
| 02/16/2006 | 48 | Ex Parte Motion for Travel Expenses as to Loren E. Harty, filed.. (Johnson, Mary) (Entered: 02/21/2006) |
| 02/17/2006 | 47 | Writ of Habeas Corpus ad Testificandum Issued in case as to Loren E. Harty. (Johnson, Mary) (Entered: 02/21/2006) |
| 02/17/2006 | 49 | Judge Richard G. Stearns : ORDER entered as to Loren E. Harty. (Johnson, Mary) (Entered: 02/21/2006) |
| 02/17/2006 | | Judge Richard G. Stearns : ORDER entered granting 46 Motion as to Loren E. Harty (1); granting 48 Motion as to Loren E. Harty (1). (Johnson, Mary) (Entered: 02/23/2006) |
| 02/21/2006 | 45 | MOTION to Exclude *Defendant's Presence From Witnesses* as to Loren E. Harty. (Sinnis, Stylianus) (Entered: 02/21/2006) |
| 02/22/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting in part |

| | | |
|---|---|---|
| | | and denying in part 45 Motion to Exclude as to Loren E. Harty (1). "ALLOWED as to the sequestration of witnesses, otherwise DENIED." R. G. STEARNS, USDJ. (Johnson, Mary) Modified on 2/22/2006 (Johnson, Mary). (Entered: 02/22/2006) |
| 02/23/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns :Motion Hearing as to Loren E. Harty held on 2/23/2006 re 39 MOTION to Suppress *Statements* filed by Loren E. Harty,, 40 MOTION to Suppress *identification* filed by Loren E. Harty,, 38 MOTION to Suppress *physical evidence* filed by Loren E. Harty. AUSA Bator present for the Govt. Atty. Sinnis present for the deft. G-1 sworn. Direct. Cross. Re-direct. Excused. G-2 sworn. Direct. Cross. Re-direct. Excused. G-3 sworn. No testimony. Excused. G-4 sworn. Direct. Excused. G-5 sworn. Direct. Excused. The hearing is adjourned at this time until counsel can select a mutually-convenient date in April(2006) to reconvene the testimony of further witnesses. Adjourn 1:00 P.M. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 2/23/2006 (Johnson, Mary). (Entered: 02/23/2006) |
| 03/28/2006 | 🔵 | NOTICE OF RESCHEDULING as to Loren E. Harty: "continuation of the motion to suppress hearing, Day 2, is hereby set for Tuesday, 4/11/2006 09:30 AM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 03/28/2006) |
| 04/10/2006 | 🔵 | Electronic NOTICE OF RESCHEDULING as to Loren E. Harty: "due to a request from the U. S. Marshal's Office, the Day 2 motion to suppress hearing is re-scheduled to Friday, May 5, 2006 at 2:30 p.m." Mary Johnson, Deputy Clerk. (Johnson, Mary) Modified on 4/10/2006 (Johnson, Mary). (Entered: 04/10/2006) |
| 05/05/2006 | 🔵 | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing as to Loren E. Harty held on 5/5/2006 re 39 MOTION to Suppress *Statements* filed by Loren E. Harty,, 40 MOTION to Suppress *identification* filed by Loren E. Harty,, 38 MOTION to Suppress *physical evidence* filed by Loren E. Harty, Day 2. AUSA Bator present for the Govt. Atty. Sinnis present with the deft. G-6 sworn. Direct. Cross. Excused. G-7 sworn. Direct. Cross. Excused. Government rests. Court takes recess in order to appoint counsel for deft's witness. Atty. Matthew Feinberg (who was Duty Attorney for this date) was appointed to represent witness Eric Gaines. D-1 sworn. Direct. Cross. Excused. Defendant rests. Defendant may have until July 10, 2006 to file further written submissions. The Government may have until July 24, 2006 to respond, and defendant may then have another 10 days to file a response to the Govt's submission. The matter comes "under advisement" as of August 4, 2006. Adjourn 1:10 p.m. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 5/5/2006 (Johnson, Mary). (Entered: 05/05/2006) |
| 07/10/2006 | 🔵 50 | Assented to MOTION for Extension of Time to August 21, 2006 to File File Post-Hearing Brief as to Loren E. Harty. (Sinnis, Stylianus) (Entered: 07/10/2006) |

| 07/11/2006 | ● | Judge Richard G. Stearns : Electronic ORDER entered granting 50 Motion for Extension of Time as to Loren E. Harty (1). (Johnson, Mary) (Entered: 07/11/2006) |
|---|---|---|
| 08/18/2006 | 51 | Memorandum regarding Post-Hearing Brief In Support of Motion to Suppress as to Loren E. Harty (Sinnis, Stylianus) (Entered: 08/18/2006) |
| 09/08/2006 | 52 | RESPONSE to Motion by USA as to Loren E. Harty re 40 MOTION to Suppress *identification* (Bator, Christopher) (Entered: 09/08/2006) |
| 03/01/2007 | 53 | MOTION for status conference as to Loren E. Harty by USA. (Richardson, Robert) (Entered: 03/01/2007) |
| 03/01/2007 | 54 | NOTICE OF ATTORNEY APPEARANCE Robert E. Richardson appearing for USA. (Richardson, Robert) (Entered: 03/01/2007) |
| 03/07/2007 | 55 | Judge Richard G. Stearns : ORDER entered. MEMORANDUM and order on Defendant's Motions to Suppress After Evidentiary Hearings, ENTERED as to Loren E. Harty (Flaherty, Elaine) Modified on 3/7/2007 (Flaherty, Elaine)."...For the reasons that will be explained, the motions to suppress the identifications and the boots will be DENIED. The motion to suppress the statements will be ALLOWED." (Entered: 03/07/2007) |
| 03/07/2007 | ● | Motions terminated as to Loren E. Harty: 40 MOTION to Suppress *identification* filed by Loren E. Harty,, 38 MOTION to Suppress *physical evidence* filed by Loren E. Harty,, 39 MOTION to Suppress *Statements* filed by Loren E. Harty,. (Flaherty, Elaine) (Entered: 03/07/2007) |
| 03/08/2007 | ● | Electronic NOTICE of Status Conference as to Loren E. Harty entered: "The request for a status conference (filed as a Motion by the USA - #53) is allowed. Counsel shall appear before this Court for a Trial Assignment Conference on Wednesday, March 28, 2007 at 4:00 P.M. " M. Johnson,Deputy Clerk.(Johnson, Mary) Modified on 3/8/2007 (Johnson, Mary). (Entered: 03/08/2007) |
| 03/27/2007 | 56 | NOTICE OF APPEAL by USA as to Loren E. Harty re 55 Memorandum Opinion,. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/16/2007. (Attachments: # 1)(Richardson, Robert) (Entered: 03/27/2007) |
| 03/28/2007 | ● | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Status Conference as to Loren E. Harty held on 3/28/2007. AUSA Richardson present for the Govt. Atty. Sinnis present for the deft. Because of the Notice of Appeal recently filed by the Govt. (as to the Court's ruling on the motions to suppress), the case is STAYED at this time. A further status conference is scheduled for May 31, 2007 at 4:00 P.M. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 3/29/2007 (Johnson, Mary). (Entered: 03/29/2007) |