UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
        v.                  )        CRIMINAL NO. 04-10120-RGS
                            )
LOREN HARTY                 )
```

JOINT MOTION TO CONTINUE TRIAL DATE

Defendant, Loren Harty, and the Government jointly move for a continuance of the trial date in this case.  Specifically, the Court has set the case for trial on December 10, 2007 and the parties respectfully move that this Court continue the trial until February 4, 2008, or a date thereafter that is convenient for the Court.

As grounds for this motion, counsel state that they are set to try the case of United States v. Trevor Charlton, 04-10306-PBS on December 3, 2007.  The Charlton case will likely take five maybe six days to complete.  Even should the case be completed within one week, counsel for the defendant will not be able to adequately prepare for Mr. Harty's trial due to his need to adequately prepare for the trial of Mr. Charlton.  In addition, the parties continue to explore the possibility of resolving this matter short of trial and the additional time would allow further dialogue on possible resolution.

WHEREFORE, counsel request that the trial be continued to February 4, 2007 or a date thereafter that is convenient for the Court. Counsel agree that the extension of time requested in this motion should be excluded under the Speedy Trial Act.

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | LOREN HARTY<br>By his attorney, |
| /s/Robert E. Richardson<br>Robert E. Richardson<br>Assistant U.S. Attorney | /s/ Stylianus Sinnis<br>Stylianus Sinnis<br>  B.B.O. # 560148<br>Federal Defender Office<br>408 Atlantic Ave., 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |

November 1, 2007

　　　　I, Stylianus Sinnis, do hereby certify that this document has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of Electronic Filing (NEF) and by sending paper copies to non-registered participants all on November 1, 2007.

　　　　　　　　　　　　　　　　　　/s/ Stylianus Sinnis
　　　　　　　　　　　　　　　　　　Stylianus Sinnis