UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10120-RGS |
| ) | |
| LOREN HARTY ) | |

JOINT MOTION TO CONTINUE TRIAL DATE

    Defendant, Loren Harty, and the Government jointly move for a continuance of the trial date in this case. Specifically, the Court has set the case for trial on February 11, 2008 and the parties respectfully move that this Court continue the trial until March 10, 2008, or a date thereafter that is convenient for the Court. (Counsel for the government informs the Court he is scheduled to begin trial on March 31 and the case should last approximately one week so he requests that the instant case not be set down for trial during that time period).

    As grounds for this motion, counsel state that the parties are attempting to resolve this matter short of trial. Notwithstanding the parties best efforts to reach a resolution prior to the scheduled trial date, counsel for the government's trial schedule has not afforded him an adequate opportunity to seek the approval necessary to resolve the matter. The parties believe that the additional time would provide ample opportunity to conclude whether such a resolution is possible. Should no

resolution materialize the parties will be ready to start trial on March 10, 2008.

WHEREFORE, counsel request that the trial be continued to March 10, 2008 or a date thereafter that is convenient for the Court. Counsel agree that the extension of time requested in this motion should be excluded under the Speedy Trial Act.

MICHAEL J. SULLIVAN  
United States Attorney

LOREN HARTY  
By his attorney,

/s/Robert E. Richardson  
Robert E. Richardson  
Assistant U.S. Attorney

/s/ Stylianus Sinnis  
Stylianus Sinnis  
   B.B.O. # 560148  
Federal Defender Office  
408 Atlantic Ave., 3rd Floor  
Boston, MA  02110  
Tel: 617-223-8061

February 28, 2008


I, Stylianus Sinnis, do hereby certify that this document has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of Electronic Filing (NEF) and by sending paper copies to non-registered participants all on January 28, 2008.

/s/ Stylianus Sinnis  
Stylianus Sinnis