JS 45 (5/97) - (Revised USAO MA 11/15/05)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. __III__    Investigating Agency __ATF__

City __Boston__    Related Case Information:

County __Suffolk__
- Superseding Ind./ Inf. __Yes__    Case No. __04-10120-RGS__
- Same Defendant __x__    New Defendant ____
- Magistrate Judge Case Number __04-mj-00005-LPC__
- Search Warrant Case Number ____
- R 20/R 40 from District of ____

*(Stamp: IN CLERK'S OFFICE — 2008 MAR 20 A 8:33 — DISTRICT OF ____)*

**Defendant Information:**

Defendant Name __Loren Harty__     Juvenile: ☐ Yes   ☒ No

Alias Name ____

Address ____

Birth date (Year only): __1975__   SSN (last 4 #): __2558__   Sex __M__   Race: __Black__   Nationality: __U.S.__

Defense Counsel if known: __Stylianus Sinnis__    Address: __Federal Defender Office, 408 Atlantic Ave., Boston, MA 02210__

Bar Number: ____

**U.S. Attorney Information:**

AUSA __Robert E. Richardson__     Bar Number if applicable ____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: ____

Victims: ☐ Yes ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date: __January 20, 2004__

☒ Already in Federal Custody as __pretrial detainee__ in __custody of U.S. Marshal__.
☐ Already in State Custody ____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by ____ on ____

Charging Document: ☐ Complaint    ☒ Information    ☐ Indictment

Total # of Counts: ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/20/08__     Signature of AUSA: *Robert E. Richardson* (signed)

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Loren Harty

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(j) | Possession of a stolen firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**