FILED IN
OPEN COURT
3/20/08

Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                ) | Criminal No. 04-10120-RGS |
| ) | |
| LOREN HARTY                          ) | |

### WAIVER OF INDICTMENT

I, **LOREN HARTY**, the above-named defendant, who is accused of the knowing possession of a stolen firearm on January 20, 2004, in violation of 18 U.S.C. § 922(j), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on ____March 20, 2008____ prosecution by indictment and consent that

*(Date)*

the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer

3-20-08.